IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-945-D(2)

| | | |
|---|---|---|
| TAMMY HORTON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THE METHODIST UNIVERSITY, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

On November 9, 2018, the court ordered that Defendant's motion to compel discovery be held in abeyance pending the parties' submission of a joint supplemental report regarding the status of the parties' discovery disputes. (Order entered Nov. 9, 2018 [DE #80].) On November 29, 2018, the parties filed a report informing the court that Plaintiff has made supplemental disclosures on at least four separate occasions and that it now appears she "has produced all of the requested information . . . that can be retrieved" and has agreed "to seasonably supplement her discovery responses." (Jt. Suppl. Resp. filed Nov. 29, 2018 [DE #83] at 2.) The parties ask that Defendant be permitted to withdraw its motion to compel and that the parties each bear their own costs associated with the motion.

The court GRANTS the parties' request and ORDERS that Defendant's motion to compel [DE #30] be WITHDRAWN and that the parties each bear their own costs associated with Defendant's motion.

This 30th day of November 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge