UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAMMY HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 5:16-cv-945-D** |
| | ) |
| THE METHODIST UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 34], GRANTS defendant's motion to seal [D.E. 46], and GRANTS defendant's motion for leave to file [D.E. 47]. Additionally, the court GRANTS IN PART defendant's first motion to strike [D.E. 59] and GRANTS defendant's second motion to strike [D.E. 75]. Defendant may. file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on January 24, 2019, and Copies To:**

| | |
|---|---|
| Ann M. Paradis | (via CM/ECF electronic notification) |
| Christopher P. Raab | (via CM/ECF electronic notification) |
| Daniel McPherson Nunn | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| January 24, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |